# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUTHY IM,<br><br>       Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN, ET AL.,<br><br>       Respondents. | No. 5:25-cv-2733-JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS: 6** |

1

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, **IT IS ADJUDGED** that:

(a) ICE's previous detention of Petitioner violated 8 C.F.R. §§ 241.13(i)(2)-(3) and the Due Process Clause of the Fifth Amendment to the United States Constitution; and

(b) Respondents and their officers, agents, employees, attorneys and persons acting on their behalf, in concert or in participation with them, are enjoined from:

    (i) re-detaining Petitioner without notice and a pre-detention hearing before a neutral immigration judge at which it is determined that detention is appropriate and warranted under the applicable law and regulations either because Petitioner has violated a term of his release or because his deportation to Cambodia is imminent and the necessary documents from the Republic of Cambodia have been issued and are in the possession of ICE; and

    (ii) removing Petitioner to any country other than Cambodia without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

**IT IS SO ORDERED.**

Dated:   January 23, 2026                 _____

                                      John A. Kronstadt

                                      United States District Judge

2