# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUTHY IM,<br><br>        Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>        Respondents. | No. 5:25-cv-02733-JAK (Ex)<br><br>**ORDER RE JOINT STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR ATTORNEYS' FEES (DKT. 29)** |

Based on a review of the Joint Stipulation to Extend Deadline to File Request for Attorneys' Fees ("Stipulation" (Dkt. 29)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**. Petitioners' deadline to request attorneys' fees is extended to March 6, 2026.

**IT IS SO ORDERED.**

Dated: February 2, 2026

John A. Kronstadt
United States District Judge