# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUTHY IM,<br><br>        Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN,<br>ADELANTO ICE PROCESSING<br>CENTER, et al.,<br><br>        Respondents. | No. 5:25-cv-02733-JAK (Ex)<br><br>**ORDER RE THIRD JOINT STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR ATTORNEYS' FEES (DKT. 34)** |

Based on a review of the Third Joint Stipulation to Extend Deadline to File Request for Attorneys' Fees ("Stipulation" (Dkt. 34)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**. Petitioners' deadline to request attorney's fees is extended to May 6, 2026. On or before that date, the parties shall file a joint report as to the procedural outcome of their efforts to resolve the issue as to attorney's fees.

**IT IS SO ORDERED.**

Dated: April 6, 2026

_____

John A. Kronstadt
United States District Judge