# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VUTHY IM,

        Petitioner,

v.

FERETI SEMAIA, WARDEN,
ADELANTO ICE PROCESSING
CENTER, et al.,

        Respondents.

No. 5:25-cv-02733-JAK (Ex)

**ORDER RE FOURTH AND FINAL JOINT STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR ATTORNEYS' FEES (DKT. 36)**

Based on a review of the Fourth and Final Joint Stipulation to Extend Deadline to File Request for Attorneys' Fees ("Stipulation" (Dkt. 36)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**. Petitioners' deadline to request attorney's fees is extended to May 21, 2026. On or before that date, the parties shall file a joint report as to the procedural outcome of their efforts to resolve the issue as to attorney's fees, or Petitioner shall file a motion for attorney's fees. There will be no further continuances.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
John A. Kronstadt
United States District Judge