**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VUTHY IM,

Petitioner,

v.

FERETI SEMAIA, WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

No. 5:25-cv-02733-JAK (Ex)

**ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

Based on a review of the Parties' Notice of and Stipulation to the Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("Stipulation" (Dkt. 38)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows.

1. Petitioner's counsel shall be awarded attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA") in the amount of $6,590.73.

2. The negotiated amount represents compensation for all legal services rendered on behalf of Petitioner, to date, by counsel in connection with the habeas petition, in accordance with 28 U.S.C. § 2412.

The Parties submit that the stipulation was reached following good-faith negotiations by the Parties and does not constitute an admission of liability on the part of Respondents under the EAJA.

**IT IS SO ORDERED.**

Dated: August 6, 2026

John A. Kronstadt
United States District Judge